AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi ▼

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF COBURN SUPPLY CO., INC. <br><br> *Plaintiff(s)* <br> v. <br> MSN CONSTRUCTION, LLC; KEVIN D. BAGGETT; NILESH PATEL; AND NORTH AMERICAN SPECIALTY INSURANCE COMPANY <br><br> *Defendant(s)* | Civil Action No. 3:21-CV-101-MPM-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KEVIN D. BAGGETT
4371 Dickens Place Drive West
Southaven, Mississippi 38672

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Clyde X. Copeland, III, Esq.
JERNIGAN COPELAND ATTORNEYS, PLLC
970 Ebenezer Blvd (39110)
Post Office Box 2249
Madison, Mississippi 38672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: 6/15/2021                 s/ Jennifer L. Adams
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi ▼

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF COBURN SUPPLY CO., INC. <br><br> *Plaintiff(s)* <br> v. <br> MSN CONSTRUCTION, LLC; KEVIN D. BAGGETT; NILESH PATEL; AND NORTH AMERICAN SPECIALTY INSURANCE COMPANY <br><br> *Defendant(s)* | Civil Action No. 3:21-CV-101-MPM-RP |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* NILESH PATEL
4371 Dickens Place Drive West
Southaven, Mississippi 38672

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Clyde X. Copeland, III, Esq.
JERNIGAN COPELAND ATTORNEYS, PLLC
970 Ebenezer Blvd (39110)
Post Office Box 2249
Madison, Mississippi 38672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: 6/15/2021

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi ▼

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>COBURN SUPPLY CO., INC.<br><br>*Plaintiff(s)*<br>v.<br>MSN CONSTRUCTION, LLC;<br>KEVIN D. BAGGETT; NILESH PATEL; AND NORTH<br>AMERICAN SPECIALTY INSURANCE COMPANY<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:21-CV-101-MPM-RP<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Honorable Mike Chaney
Mississippi Insurance Commissioner
NORTHERN AMERICAN SPECIALTY INSURANCE COMPANY
1001 Woolfold State Office Building
501 North West Street
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Clyde X. Copeland, III, Esq.
JERNIGAN COPELAND ATTORNEYS, PLLC
970 Ebenezer Blvd (39110)
Post Office Box 2249
Madison, Mississippi 38672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: 6/15/2021

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*